UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 11, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

CLAUDETTE VINDIOLA,

    Plaintiff,                  CIV S-08-1651 FCD GGH

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON AUGUST 11, 2008.**

                                          Victoria C. Minor,
                                          Clerk of the Court

ENTERED:    August 11, 2008

                                          by:_____/s/_____
                                            Michele Krueger,
                                            Courtroom Deputy