Debbie P. Kirkpatrick, Esq. (SBN207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant
NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| CLAUDETTE VINDIOLA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No.  2:08-CV-01651-FCD-GGH<br><br>STIPULATION AND ORDER TO VACATE JUDGMENT AND DISMISS ACTION WITH PREJUDICE |

　　　　Plaintiff, CLAUDETTE VINDIOLA, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on or about July 16, 2008. CLAUDETTE VINDIOLA accepted NCO's Offer of Judgment on August 11, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to vacate the judgment entered by this Court and to dismiss the entire action with prejudice.

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned

1

action be vacated pursuant to Fed. R. Civ. Pro. 60.

    IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 8/22/08        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                          /s/ Debbie P. Kirkpatrick
                          Debbie P. Kirkpatrick,
                          Attorney for Defendant,
                          NCO Financial Systems, Inc.

Dated: 8/22/08        KROHN & MOSS, LTD.

                          /s/ Nicholas J. Bontrager
                          Nicholas J. Bontrager
                          Attorney for Plaintiff,
                          Claudette Vindiola

IT IS SO ORDERED.

Dated:  August 25, 2008

                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE

Stipulation and Order to Vacate Judgment and Dismiss